FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### Civil COMPLAINT

Reed
(Last Name)      (Identification Number)

Cavin      Earl
(First Name)      (Middle Name)

E.M.C.F
(Institution)

10641 Hwy 80 West Meridian, MS. 39307
(Address)
*(Enter above the full name of the plaintiff, prisoner, and address
plaintiff in this action)*

```
SOUTHERN DISTRICT OF MISSISSIPPI
            FILED

      DEC 11 2017

   ARTHUR JOHNSTON
BY_____ DEPUTY
```

V.

CIVIL ACTION NUMBER: 3:17cv 999-TSL-RHW
(to be completed by the Court)

E.M.C.F., Warden F. Shaw

Disciplinary Dept., Investigation Dept.

*(Enter above the full name of the defendant or defendants in this action)*

## OTHER LAWSUITS FILED BY PLAINTIFF

| NOTICE AND WARNING: |
|---|
| The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed. |

A. Have you ever filed any other lawsuits in a court of the United States?    Yes (✓) No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: N/A

2. Court (if federal court, name the district; if state court, name the county): Southern District

3. Docket Number: N/A

4. Name of judge to whom case was assigned: L. Anderson

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): Dismissed, i couldn't proceed any further didn't have knowledge

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Cavin Earl Reed          Prisoner Number: N18609

Address: 10641 Hwy 80 West

Meridian, MS. 39307

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Frank Shaw — Warden                                        is employed as

Warden                                        at EMCF

East Mississippi Correctional Facility

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:                                ADDRESS:
Cavin Earl Reed N18609        EMCF 10641 Hwy 80 West Meridian, MS. 39307

DEFENDANT(S):

NAME:                                ADDRESS:
Frank Shaw                        EMCF 10641 Hwy 80 West Meridian, MS. 39307
J. Wash   INV.                    EMCF 10641 Hwy 80 West Meridian, MS. 39307
D. Chapman - Disciplinary Officer  EMCF 10641 Hwy 80 West Meridian, MS. 39307
S. Patrick - Case Manager        EMCF 10641 Hwy 80 West Meridian, MS. 39307
S.L. Much - C/o                  EMCF 10641 Hwy 80 West Meridian, MS. 39307

**GENERAL INFORMATION**

A.  At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes ( ✓ )   No (   )

B.  Are you presently incarcerated for a parole or probation violation?

Yes (   )   No ( ✓ )

C.  At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( ✓ )   No (   )

D.  Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( ✓ )   No (   )

E.  Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes ( ✓ )   No (   ), if so, state the results of the procedure: _No relief granted_

F.  If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

1.  Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

Yes (   )   No (   )

2.  State how your claims were presented (written request, verbal request, request for forms): _____

_____

_____

3.  State the date your claims were presented: _____

4.  State the result of the procedure: _____

_____

3

## STATEMENT OF CLAIM

III.    State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

Claim (1) One Challensing RVR NO. 01810616 and Admin. Remeds Procedure thereof. NO. EmcF-17-1684 and Charges thereof. See Attached Claims

Claim (2) two Challensing RVR NO. 01810615 and Admin. Remeds Procedure thereof. NO. EmcF-17-1718 and Charges thereof. See Attached Claims

Claim (3) three False imprisonment/Arrest   See Attached Claims

Claim (4) four Libel and Slander. See Attached Claims

Claim (5) five Harrassment   See Attached Claims

## RELIEF

IV.    State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Plaintiff Seeks Judicial review of Said Administrative Remedy causes being cause No. — EmcF-17-178 and Emcf-17-1684. That an adequate and thorough Invistigation be done based on facts, and in a timely manner of all Claims of all parties.

That upon Conclusion Claims be found in remand or dismissal that all actions are to be effective immediately upon Order. That all punishments be reversed in their entirety. And for any Amended Claims and reliefs thereof.   —Continue—

Signed this _____ day of __December__ _____, 20 __17__ .

_Craig Earl Reed N8609_
Signature of plaintiff, prisoner number and address of
plaintiff  EmcF 10641 Hwy 80 West
Meridian, ms. 39307

I declare under penalty of perjury that the foregoing is true and correct.

_Dec , 2017_
(Date)

_Craig Earl Reed # N8609_
Signature of plaintiff

4

In The United States District Court For The Southern District Of
Mississippi

Cavin Earl Reed # N8609                                      Plaintiff

            Versus                                           Cause No.

Emcf, Warden-Frank Shaw,                                     Defendant(s)
Clo S.L. Mych,
Disciplinary Inv. S. Wash,
Disciplinary Hearing Officer D. Chapman,
Case Manager S. Patrick

## Notice Of Complaint

Come now, Plaintiff, Cavin Earl Reed, in above numbered and styled Cause
Pro Se. And hereby Compell your Honorable Court in this "notice of complaint"
to above mentioned defendant(s) for Judicial review and for said claims and
reliefs against them. In said Causes No's Emcf-17-1718 and Emcf-17-1684 and
Pursuant to 42 U.S.C.A. 1983 and do state the falowing:

This is to give notice, to above mentioned defendants as a whole and in
their own individual Capacity(s). That i, Plaintiff, Cavin Earl Reed # N8609
am filing suit against you all for said claims and reliefs of attached Complaint.
See attached Complaint. And Pursuant to 42 U.S.C.A. 1983.

Respectfully, this 7th day of Dec 2017.

ISI Cavin Earl Reed #N8609
    Cavin Earl Reed

Notary X _____

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 122037
KRISTINA PATRICK
Commission Expires
Oct. 30, 2021
LAUDERDALE COUNTY

Subscribed and sworn to before me in my
presence, this 7th day of December
2017, a Notary Public in and for the
County of Lauderdale State of Mississippi

_____
(Signature)          Notary Public
My Commission Expires 10/30 20 21

On or about the 12th day of Oct. 2017, i, Plaintiff, Cavin Earl Reed N8609 was alleged to have Participated in the Plotting and assault of another inmate, and along with other "STG" members.

On or about the 13th day of Oct. 2017, i, Plaintiff, Cavin Earl Reed N8609 was arrested and placed in Emcf's Seg. unit HU-51B Pending investigation for said alledged allegations. According to MDoc and Emcf Handbook rule violation No's C-5 entitled: involvement in disruptive, assaultive, or Criminal gang activity. And C-8 entitled: assaultive action against any Person resulting in serious Pysical injury. A detention notice followed alledging same.

On or about the 24th day of Oct. 2017, i, was served an 'rur' or rule violation report Charging me, Plaintiff, with aforesaid offenses.

On or about the 30th day of Oct. 2017, investigation was however concluded.

On or about the 31st day of Oct. 2017, i, Plaintiff, was brang to disciplinary whereas i was found guilty of all offenses.

On or about the 11th day of Nov. 2017, i, Plaintiff, appealed decisions and Punishments rendered by Emcf's disciplinary board.

On or about the 20th day of Nov. 2017, appeal was denied. Also on the 9th, Nov. 2017

On or about the 7th day of Dec. 2017, i brang this suit into Your Honorable Courts for Your evaluation-review.          Admin. Remedy Procedure(s) exhausted!

Respectfully, this 7th day of Dec. 2017,

Isl x Cavin Earl Reed N8609

   Cavin Earl Reed

Challenging RVR NO. 0181616
and EMCF-17-1684
## Claim One I.

RVR NO: 0181616 C-8 Violation against Plaintiff entitled: Assault causing serious injury and by specific act of: Inmate assaulted another inmate causing serious injury.

Location: EMCF Housing unit (6) Six-Charlie cell #113 On or about the 12th day of oct. 2017 at approx 2427 hrs.

An investigation concluded that on october 12. 2017 at approx 2427 hrs offender Cavin Earl Reed # N8607 assaulted offender - Adam Christian Warren #171252 in EMCF's Housing unit (6) Six cell #113 causing serious injury.

So it has been alledged. Reporting Officer C/O S.L. Mach evidence, yes or atleast its what the RVR says. See attached RVR, Resulting in Plaintiff's placement in Segregation Pending Investigation / Charges / Conviction / Punishments.

However, there exists conflicting opinion from the reporting officer's statement inside circumstance and detail portion of RVR, and conclusion or outcome of case when it has been stated within the RVR that there exists evidence to crime yet reporting officer's nor anyone else ever once witnessing Plaintiff assault anyone.

In disciplinary at said hearing there were no evidence presented in support of alledged crimes against Plaintiff. There exists no statements/reports nor testimony of any eye witnesses to such charges.

Though there were in evidence "said camera footage" whereas disciplinary's decision was solely based. Yet, this video footage boasted no such assault. And Plaintiff Reed being assaulter.

Furthermore, this RVR Process was in violation of Reed's rights, RVR exceeded (24) twenty four hour limitation serving period. Service was done (6) six to (7) seven working days after alledging of crimes.

There also exists the bearing of another offender's signature, as accused and not Plaintiff's. Therefore, Plaintiff was not properly or timely served RVR. Plaintiff was not legally notified of claims against him.

And for said reasons all charges against him shall be dismissed.

Note: I also want to state that i would like to question disciplinary officer's qualification(s) to review and make expert analysis of said-any video footage. And what are their qualifications if any.

On administrative remedy all Claims and relief - denied. Cause NO. EMCF-17-1684 And therefore, Plaintiff Contests Stating the following:

Superintendant failed to adhere to MDOC's Policies and Protocols governing such rules and violations thereof. Failing to ensure Plaintiff a fair and unbiased Proceeding according to Plaintiff's rights.

Superintendant failed to adequately investigate Claims of Staff and of Plaintiff, but tilted his analysis to one side and in favor of his reporting employees and their investigation Conclusions. When if he'd done a Proper investigation himself, he'd seen that their Conclusions were not the Product of a fair and unbiased Proceeding. But was at most a Cooperating assumption - Speculating events. And not based on facts beyond a reasonable doubt.

Investigation Protocols were not met! Investigation - incomplete because there were Never any reports filed on behalf of investigating Parties for evidence Purposes at Said disciplinary hearing. Nor did anyone ever testify to findings and measures of Said investigation. Thus, leaving naught for Plaintiff to rebut/confront and naught for record on review.

And to finalize their actions against Plaintiff disciplinary hearing officer based her decision on "Camera footage" that Shows no assault Period. "Especially" not Plaintiff assaulting anyone as was alledged.

This alone isn't enough to satisfy finding of guilt. However on appeal this alone with everything else were over-looked. No record of reports as of findings could be found for review which is required. Yet, Superintendant affirmed their actions and decisions. "Without filing a report of his own."

But Simply Stating: "I find no reason to overturn decision of disciplinary hearing officer". This alone is not enough to satisfy an investigation has been done. But Shows no effort thereof to satisfy Plaintiff received fair Proceeding as he has a right.

And for Said reason(s) all Charges shall be dismissed against Plaintiff.

· Rur No. 0181061S  C-5 Violation asainst Plaintiff entitled: Participated in criminal sans Activits. By specific act of: Assault on another inmate.

Location: Emcf Housins unit (6)- Charlie Cell #113 On or about the 12th day of oct 2017, at approx 2427 hrs.

An investisation Concluded that on oct. 12, 2017 at approx 2427 hrs offender Cavin eari Reed.N3609 Participated in criminal sans activits by takins Part in a Planned coordinated assault with other STG members Causins serious injurs "to validated STG member".

Or so it has been alledged       Reportins officer C/o S.L. Mach  evidence yes it was marked in Rur See Rur exibit A-1  Resultins in Plaintiff's Placement in sesresation unit /Charses/Conviction/Punishments.

However, there exists conflictins opinions from reportins officer's statement inside Circumstance and detail Portion of Rur 1 and conclusion or outcome of case. When it has been stated within the Rur there exist evidence to this crime. Yet reportins officer not once reported witnessins Reed assault or Plot an assault on ansone. Nor does video footase show ansthins of the like.

Reportins officer stated in Circumstance and detail that whom was alledged to have been assaulted was "a validated STG member" and not Adam Christian Warren as alledged in C-5 Rur.   Rur fails to state a victim by name and number which incompletes Rur.

In disciplinars at hearins there were no evidence presented in support of reportins officer's Statement of alledged crimes asainst Plaintiff. There exist no reports thereof, neither did ansone testify at hearins as of specific of events. Or ever once witnessins Plaintiff commit ans such acts.

Thoush there were in evidence "Camera footase" whereas disciplinars findinss of suilt were soley based.  Yet video footase showed no such findinss of Plaintiff committins any Plot or assault.

Further more this Rur Process was in violation of Reed's rights when the Rur was served beyond (24) hr limitation. At atleast (6) six to (7) seven workins days.

There also exist the bearins of another offender's signature as accused's and not Plaintiff's. See Rur exibit A-1.  Therefore, Plaintiff was not Proper1s notified of said charses asainst him. And for said reasons all charses asainst Plaintiff shall be dismissed.

Continue

On administrative remedy all claims and relief denied Plaintiff. Cause NO. SMCF-17-1718 And therefore Plaintiff Contest Status the following:

Superintendent failed to adhere to MDOC's Policy and Procedures and Protocol governing Such rules and violations thereof. He failed to assure Plaintiff a fair and unbiased Proceeding according to Plaintiff's rights.

Superintendent failed to adequately investigate claims of staff and Plaintiff, but tilted his decision in favor of his employees and without just cause to do so.

When had he done a proper thorough investigation hed seen his staff investigation incomplete And that there investigation was not the product of good faith. But was at most a Cooborated effort of assumption and speculation. And not facts beyond a reasonable doubt.

Investigation Protocols were not met. Investigation was incomplete, there exist no reports statements, video footage anything giving proof of allegations against Plaintiff. Nor is there anything in the record as of measurements etc. of investigation which is required. Thus leaving nothing for review/Confrontation/record.

And to finalize their investigation and verdict on "Camera footage" alone is not enough to Satisfy an proper and adequate investigation was conducted. Or to Satisfy Courts "Beyond reasonable doubt" Standard.

Yet, however on administrative remedy all the above was overlooked. And neither did Superintendant file report for the record as of his findings and how. And reason for his affirming of disciplinary hearing officers decision. "But Simply Stated. He find no reason to over turn disciplinary hearing officers decision".

Again, this is not enough to Satisfy a thorough and adequate investigation has been Conducted. But Instead Shows no Such effort thereof, And no regards for Plaintiff's rights. And for Said reasons all offenses against Plaintiff Shall be dismissed.

Respectfully, this 7th day of Dec. 2017.

ISI Cavin Earl Reed 108609
Cavin Earl Reed

Claim(3)The Cos
False Imprisonment/Arrest

: Defendants are being held liable in this claim for the false imprisonment/ arrest. Of Plaintiff, Cavin Earl Reed N8609, and for their Participation in ~~alledged State~~ alledging he'd Committed Crimes of violence in which he denies.

Plaintiff, was detained, charged, Convicted, and Punished for such claims against him.

When there exist not a witness nor evidence Proving Plaintiff committed any such Crimes. As he'd been accused.

It is also unclear as of how or why Plaintiff was arrested to begin with. When he was charged because crime was committed inside his cell, A Place where he belonges. Subjects entered his cell and committed Crimes against his cell mate. Plaintiff Partook in no such act(s).

And inspite of Plaintiffs Plea of not guilty and dire request for an adequate and thorough investigation of the matter he was Prejudiced and discriminated against instead.

And for said reasons Plaintiff seeks damages of (25,000.00) twenty five thousand dollars.

And that defendants be reprimanded for their actions in this cause.

Further: if I've failed to state any claims or reliefs i do herenow Preserve this right.

Libel and Slander

: Defendants Scandalized Plaintiff's name, character, and repretation. . . .
Has falsely accused Plaintiff of offenses he did not Commit.

Has because of this Scandalization caused Plaintiff to Suffer numerous losses.

Plaintiff has been restricted of all rights and Privilages, taken out of Population and Placed in Segregation unit.

Has received a lower Custody level Change. Etc. And because of Such acts against Plaintiff, Plaintiff Seeks damages of (25,000.00) twenty five thousand dollars.

And all defendants be reprimanded for their actions in this Cause against Plaintiff.

Further, if i've failed to State any Claim(s) or reliefs i do herenow Preserve this right -

Harrassment

. Emer and its defendants are being held liable for harrassment of Plaintiff. Plaintiff has been falsely accused of crimes by defendants he did not commit. And defendants can't prove he committed.

Plaintiff has been falsely arrested - wrongfully convicted and punished and is suffering numerous punishments, and do to such false allegations and charges against him. By defendants.

Plaintiff seeks freedom from such harrassment asserting his rights.

Plaintiff is being targeted, and demonstrated against. And against such rights and protections from harrassments.

Defendants together, has participated in this plot and harrassment of Plaintiff bringing harm to defendant.

Defendant has been accused of crimes, locked-down, punished and refused necessities such as property, books, mag's, legal material, radio device, bible, hygiene etc. And for unknown reasons.

Plaintiff has been the ploy of a forged and pre-fixed reclassification rendering him lower custody level and limited privilages. And the violations seems to constantly grow.

And for said reasons, Plaintiff seeks such damages...
The sum of (25,000.00) twenty five thousand dollars...
And that defendants be reprimanded for their actions against Plaintiff...
Further: if i've failed to state any claims or reliefs i do herenow preserve this right.

Claim (4) Breach Of Duty To Protect.
Protection from Harm.

:

It is the written Policy, Procedure and Practice of MDOC to Protect inmates from Personal ~~injury~~ abuse, Corporal Punishment, Personal injury, disease, Property damage. and harrassment.

On or about the __12th__ day of __oct. 2017__, I, Plaintiff, was inside my "cell". A place where i belonged Sleep. On night of said assault against my cell mate "nephew", and Namely Adam Christian Warren..

And at a time when institution was supposed to have been On lock down for the night. The reported time was 2427 hrs of alledged assault. And at a time when i, Plaintiff, along-with Victim house was intruded. And at time when All inmates were Supposed to be locked behind there doors. With no-way of being able to travel down a flight of Stairs and into my cell to assault Anyone. Yet, officers had failed to Secure inmate's cell doors.

Facility lock down time is 11:00 Pm and no later, Per: MDOC Policy. Yet the doors were not secured, and unfortunately harm was brang.
Harms we inmates are Protected against.

Thus resulting in Plaintiff's name and Character being Scandalized and dragged through the Mud. Saying he'd Participated in Criminal gang activity-Assaulting another inmate. With Punishments of long-term Segregation Status, Custody Change-or review 110 days loss of all Privilages, 30 days in lock down, and referral to D.a.'s office.

And therefore Plaintiff Seeks damages of (25,000.00) twenty five thousand dollars. And that all involved defendants be reprimanded for their Participation in this claim.

: For Claims against defendant Warden Frank Shaw for the Sum of (5,000.00) five thousand dollars.

For Claims against defendant C/o S.L. Mach for the sum of (5,000.00) five thousand dollars.

For Claims against defendant Disciplinary Inv. S. Wash for the Sum of (5,000.00) five thousand dollars.

For Claims against defendant Disciplinary Hearing Off. D. Chapman for the Sum of (5,000.00) five thousand dollars.

For Claims against defendant Case Manager S. Patrick for the Sum of (5,000.00) five thousand dollars.

For Claim of False-Imprisonment the Sum of (25,000.00) twenty five thousand dollars.

For Claim of Libel and Slander the Sum of (25,000.00) twenty five thousand dollars.

For Claim of Harrassment the Sum of (25,000.00) twenty five thousand dollars.

For Claim of Protection From Harm the Sum of (25,000.00) twenty five thousand dollars.

And Whatever Court deem Just and Proper.

Respectfully, the 7th day of Dec. 2017

/s/ Cauin Earl Reed N8609
Cauin Earl Reed

1.) Warden-Frank Shaw, Failure to investigate claims of Parties-both, showing complete bias in his appear decision. Allowing his staff to partake in frivilous activity - Such as falsely accussing Plaintiff. Conducting half- to No investigations- not even forcing or sanctioning them for an investigation reports as of their findings and how. Thus Showing no regards for his own job duties, nor the rights of the Plaintiffs.

2.) C/o S.L. Mash, Falsely accussing, Plaintiff. Of said offenses "Conspiracy to have inmate insured, and Particibating in assault thereof." Scandalizing my name and reputation.

3.) Disciplinary Inv. S. Ladd, Failure to conduct an adequate and complete investigation, being biased in her decision and failure to make a report as of her findings and how. Thus Showing wrecklessness and complete disregard for her duties as an investigator, and no concern for prisoner rights of a fair and imtartial investigation and hearing.

4.) Disciplinary officer D. Chapman, Failure to investigate actions of her disciplinary investigation staff, Their work ethic, investigation techniques - tactics findings and reports thereof. Showing her own negligence and wrecklessness in her own job duty and basing her decision on an un-trustworthy and inadequate incomplete and biased investigation. "and knowingly inspite investigation Protocol, prisoner right(s) U.S. Const. rights etc.

5.) S. Patrick Case Manager, Forseing reclassification, showing no regards for her job duty, being wreckless in her duty, and being Covetous of her Co-employee's screw ups. And openly showing bias in this matter. Inspite of Protections of the law.

Respectfully, this 7th day of Dec. 2017,
/s/ Cavin Earl Reed N16009
   Cavin Earl Reed

Continued.
List Of Defendant(s) And Claims Against
THEm

1.) Warden. Frank Shaw, for Claims and relief Sought against him. The Sum of (5) five thousand dollars. And Whatever Court deem Just and Proper.

2.) C/o S.L. mych. for Claims and relief Sought against him/her. The Sum of (5) five thousand dollars. And Whatever Court deem Just and Proper.

3.) Disciplinary Inv. S. Wash. for Claims and relief Sought against her. The Sum of (5) five thousand dollars. And Whatever Court deem Just and Proper.

4.) Disciplinary Hearing officer D. Chapman. for Claims and relief Sought against her. The Sum of (5) five thousand dollars. And Whatever Court deem Just and Proper.

5.) S. Patrick Case Manager. for Claims and relief Sought against her. The Sum of (5) five thousand dollars. And Whatever Court deem Just and Proper.

Respectfully, this 7th day of Dec. 2017,

IS/ Cavin Earl Reel, #N8609
   Cavin Earl Reel

Witness List Of Plaintiff
And Subpoena List

1.) Sean Land #

2.) Fredrick Wilson #

3.) Umeon Thomas # 181934

4.) Jesse              #

5.) Adam Christian Warren # 171252

6.) S. Patrick employee at Emcf / defendant

7.) Frank Shaw-Warden at Emcf / defendant

8.) J. Wash Disciplinary Inv. at Emcf / defendant

9.) Clo S.L. mych employee at Emcf / defendant

10.) D. Chapman Disciplinary Officer at Emcf / defendant

11.) The Camera Footage

12.) Investigation reports of all defendants, and Conclusion thereof.

Respectfully, this 7th day of Dec. 2017,

151x Cavin Earl Reed N8609
     Cavin Earl Reed

IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
MERIDIAN, MISSISSIPPI

IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
SOUTHERN DISTRICT

CAVIN EARL REED #N8609                    PETITIONER

        VERSUS                            CAUSE NO:

EAST MISSISSIPPI CORRECTIONAL FACILITY    RESPONDENT(S)


REQUESTING ORDER FOR

MOTION OF ~~DISCOVERY~~ . . .
              DOCUMENT(S)

Come now, Petitioner, Cavin Earl Reed, in the above styled and numbered cause. And do hereby compell your Honorable Court in this Pro Se motion Requesting Order for Motion of Discovery. And for below listed reason(s) and do state the following to wit:

A.) I am indigent and cannot afford to Pay.

B.) These document(s) are much needed exzibits in civil action complaint filed against (E.M.C.F.) above listed as respondent(s).

C.) I've requested through E.M.C.F. and was refused such document(s).

d.) These documents are very key in my defense.

e.) These documents are to be called as witnesses on my behalf.

f.) These documents are to serve as evidence, on behalf of both parties.

g.) These documents are to assure a fair proceeding is been granted.

h.) The obtaining of these documents are within the provisions of our constitution and are also being used against me giving me a 6th Amend U.S. Const. right to face my accuser. And the opportunity to deny allegations against me.

i.) me, not receiving such documents will not only hinder me in my defense but will also serve as an injustice resulting in mans violations - avoidable violations.

J.) This proceeding is placed in the catagory of being that of criminal and shall be treated as such. Therefore, i shall be awarded all rights and privilages of a criminal defendant.

K.) As a Pretrial detainee, i have right(s) to file motion(s) on my behalf - Pretrial motions.

L.) Because i'm at a point in my defense where these documents best serve my interest and the courts in the filing of Pre-trial motions.

These d̶o̶c̶u̶m̶e̶n̶t̶s̶

1.) "RVRS" rule violation reports No's <u>01810615</u>, and <u>01810610</u>.

2.) The "detention notices" of said above mentioned "RVR's".

3.) Names and titles of said prison officials whom signed, reported, delivered and tried above mentioned "RVR's".

4.) Names and titles of investigating parties of said above mentioned "RVR's".

5.) Names of Classification officials involved in classification of above mentioned "RVR's".

6.) Witnesses by names, roles, and signatures of above mentioned "RVR's".

7.) And not limited to a full Pre-trial discovery as a detainee...

Respectfully, this 1ˢᵗ day of Dec., 2017

ısl Carl E Ross #N8609

Notary x _____

(MSP) _____ (CWC) _____
(CMCF) _____ (SMCI) _____
(OTHER) EMCF

## MISSISSIPPI DEPARTMENT OF CORRECTIONS

### RULE VIOLATION REPORT

№ 01810615

(Unit Admin. Initial) PR   Zone / Tier B Top   Unit 5   Cell / Bed # 205 Lower

Offender Calvin Earl Reed   MDOC# N8609   Violated Rule # C5   . Entitled

Participated in criminal gang activity   Date 10/23/17   Approx. Time 1625 Hrs.

By the specific act of Participated in criminal gang activity by taking part in an assault with other STG member.

Weapon involved _____ Yes ✓ No   EXACT location of incident HU6C Cell#113

CIRCUMSTANCES AND DETAILS

An investigation concluded that on October 12, 2017 at approximately 2427, Offender Calvin Earl Reed #N8609 Participated in a criminal gang activity by taking part in a planned coordinated assault with other STG members causing serious injury to validated STG member.

Reporting Employee's Signature J. Lynch   Title C/O   PIN# N/A   Date 10/23/17 Time 1630

Evidence ✓ Yes _____ No- Located investigation Placed in Segregation - PDA _____ No ✓ Yes- Location HU5B CCI#205

I request witness(es) _____ Yes _____ No

Witness(es) (1) _____ (2) _____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

I waive the right to a Hearing _____ Yes _____ No

ACCUSED Calvin Reed   DELIVERING EMPLOYEE J. McNeil   DATE 10-29-17   TIME 1310

1. Investigation began within 24 hrs of violation? ___Yes ___No.   2. Date/Time investigation completed ___/___/___ ___:___ AM PM.

3. If not completed without reasonable delay, explain: _____.

4. Name of Investigator _____.

5. Working days between date of violation and hearing _____.

6. If more than seven (7) working days, explain: _____.

Is accused offender in Trusty Status _____ Yes _____ No   Does accused offender receive Earned Time _____ Yes _____ No

Name of Persons at Hearing - Accused _____ Hearing Officer _____

Other _____

Accused's response _____ Admit _____ Admit w/ modifications _____ Deny   Accused's Statement

Documents read and discussed _____ RVR _____ Investigation _____ Witness Statements _____ Other

FINDINGS: _____ Guilty _____ Not Guilty   Reason for Findings: _____

RECEIVED OCT 25 2017 By

PUNISHMENT: _____

Reason (s) _____ Seriousness of offense _____ The need to protect the institution, employees or others _____ Poor conduct record

Other _____

A total of _____ Rule Violations in _____. A total of _____ Rule Violations for Rule # _____.

Signature: _____   Date: _____
    Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _____   Date: _____

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____   Date: _____

Custody Reduction _____ to _____ Date _____ Signature _____

Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned Time effective _____ Signature _____

Loss of Earned Time _____ Approved _____ Disapproved   _____
    Commissioner of Corrections or Designee

Original with All Attachments - Records   1st Copy - Offender   2nd Copy - Working File   3rd Copy - Reporting Employee
Revised FEB 2014

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

*Exibit A-2*

## EMCF 17-1718
# First Step Response Form
### For RVRs

Type or use ball point pen.  You must return your response to the Legal Claims Adjudicator within 30 days of the date the request was initiated.

Offenders' Name and #: **Calvin Earl Reed #N8609**
            Unit:.  **EMCF**

1st Step Respondent   **Warden F. Shaw**
            Title:  **Facility Warden**

---

Your request for Administrative Remedy concerning your appeal of RVR #01810615 was received in our office on November 15, 2017 and has been investigated by the Administrative Remedy Program.

I find no reason to overturn the decision of the disciplinary hearing officer.

_____                    _____
Signature                                   Date  11-20-17

---

The above named inmate has fulfilled the requirements of the Administrative Remedy Program for an RVR appeal and is eligible to seek judicial review within 30 days of receipt of this First Step Response. *Proof of Exhausting of Administrative Remedy Procedure*

_____        _____        _____
Inmate's Signature              DOC #                  Date

Management
& Training
Corporation

## East Mississippi Correctional Facility

## ARP

### THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY

Cavin Earl Reed
**Inmate Name**

N8609
**MDOC#**

5/B 205
**Housing Unit**

Date of Incident: 10.12.17
Time of Incident: 2427 hrs
Place of Incident: EMCF HU-loc 113
Alleged complaint: Appeal-Disciplinary Decision-

On or about the 12th day of Oct. 2017, I offender, Cavin Earl Reed #N8609 WAS written a "RVR" Violation Rule #10-5 Entitled: Participated in gang Activity. By the specific Act of: Participating in gang Activity, taking part in assault with other STG members.

I was on or about the 13th day of Oct. 2017 Apprehended and moved to or placed in Segregation. Thus, followed by an Detention Notice: Pending Assault On Another inmate.

Relief Requested:
A proper and thorough investigation be conducted on this matter! And A Conclusion thereof be made according to fact and law. That upon finding if found not guilty! I would like to be immediately removed from long-term and placed back into population, that my custody level be returned to B" or medium level. And that my record be expunged of this matter.

Cavin Earl Reed #N8609
**Inmate Signature**

11.12.17
**Today's Date**

An investigation had supposed to commence at this time. This being the 13 day of Oct, 2017. Then On or about the 24th day of Oct, 2017, I was served "RVR" this "RVR" Violation #C-5 for allegedly being involved in an assault on another inmate with other STG members...

On or about the 24th day of Oct, 2017, a Second Detention Notice! was brong alledging he same.

On or about the 30th day of Oct, 2017, Investigation of Said incident ended.

On or about the 31st day of Oct, 2017, Disciplinary Hearing was conducted Whereas, I, ffender Cavin Earl Reed was found guilty a verdict in-which is Contrary to law in-which Strongly appeal, reason(s) for Stated below:

1. Neither inmate involved in assault were an "STG" member prior or during time of this alledged assault.

2. It has been Stated in the Circumstances and Details portion of the "RVR" that I, offender auin Earl Reed, participated in assault on another inmate. And that i plotted this with hem Said STG members, yet there is no witnesses to Such Conspiracy! Neither is this o Called meeting on the camera footage. There is no Such way then to prove what was aid and who Said it! There exist Elements to every Crime and "all" Elements are relevant n the finding beyond a reasonable doubt "all" these elements exist to the and that this alledged Conspiracy actually transpired. There has to be a "Boss" or Spokesperson in this conspiracy hen there has to exist a lower level of guys to perform the Act. Who were these people that roles did they play. And where did this meeting transpire? Big, Big, question???

3. This "RVR" was not Served in a timely fashion, and not in accord with limitation period if 24 hr. But Several days beyond time limit! Violating my due process of law rights.

4. The "RVR" wasn't Signed off by me, offender Cavin Earl Reed #N8609, but was however ignatured by another offender a Charles Reed instead, Violating Code of Confidentiality hus, Contamminating investigation, and Violation protocol when Serving "RVR" And therefore, Can't be held responsible for the Signing of this "RVR". Therefore, i was never properly Served s in i had not been Served at all...

5. There exist no reason for finding in the investigation portion of the proceeding or review and for me to rebut. When i have a Const. Amend. 6th right to face m accusal(s) against me.

: This, Violating my U.S. Const. Amend. 6th right to face my accuser(s).
and to be able to defend myself against Statement or evidence thereof. . . . .

Especially, when the Camera footage doesn't show any Conspiracy! or any Assault!

Therefore, the verdict is against the overwhelming weight of the evidence!
The Camera footage shows no such thing, as a conspiracy! to assault anyone nor
does it show any assault. So how can there be a finding of guilt when
according to camera footage when the Camera shows nothing! nothing! nothing!

Besides, the guy inmate whom have been alledged to have been assaulted is my
Nephew! And Was my cell mate. Not my Enemie or the plot of some assault
on my behalf. There Exists not one state from anyone ever saying they "saw"
re partake in any incident, meeting or assault! Not one.

## Further:

It is the duty of MDOC through "ARP" to thoroughly investigate such matters.
and to the best of your abilities Conclude such matters without bias, or favoratism, or
seps. But with due Consideration and a just heart. And according to law not
assumption! Because assumption is not facts, facts are facts, evidence, proof!
howing is facts.

Yet, this Conclusion has been solely based on speculation, hersey and is in-admissable
` any trial court of law.

Respectfully, this 12th day of NOV. 2017,

IS/ Cavin Earl Read #N1609
Cavin Earl Read

Exhibit C-7

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**

(MSP)_____ (CWC)_____
(CMCF)_____ (SMCI)_____
(OTHER)_____

## RULE VIOLATION REPORT

**N⁰ 01010615**

| (Unit Admin. Initial)_____ | Zone / Tier | Unit | Cell / Bed # |

Offender _____ MDOC# _____ Violated Rule # __C5__ . Entitled

_____ Date _____ Approx. Time __1:05__ Hrs.

By the specific act of _____

Weapon involved _____Yes __✓__ No  **EXACT** location of incident _____

## CIRCUMSTANCES AND DETAILS

_____
_____
_____

Reporting Employee's Signature _____ Title __C/O__ PIN# __N/A__ Date _____ Time __1:30__

Evidence __✓__ Yes_____ No- Located _____ Placed in Segregation - PDA_____ No __✓__ Yes- Location _____

I request witness(es) _____Yes _____No

Witness(es) (1) _____ (2) _____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

I waive the right to a Hearing _____Yes _____No

ACCUSED: __Charles Reed__ DELIVERING EMPLOYEE __L. Mikell__ DATE __10-24-17__ TIME __1310__

1. Investigation began within 24 hrs of violation? _____Yes __✓__No. 2. Date/Time investigation completed __10/30/17__ / __0:05__ AM/PM.
3. If not completed without reasonable delay, explain: __Custom__
4. Name of Investigator _____D. Dixon_____
5. Working days between date of violation and hearing __6__ .
6. If more than seven (7) working days, explain: __N/A__

Is accused offender in Trusty Status _____Yes __✓__ No   Does accused offender receive Earned Time_____Yes __✓__ No
Name of Persons at Hearing - Accused __Alvin Reed__ Hearing Officer __Sgt D Chapman__
Other ____N/A____

Accused's response _____Admit _____Admit w/ modifications __✓__ Deny   Accused's Statement

I would not harm my own nephew

Documents read and discussed __✓__ RVR, __✓__ Investigation __✓__ Witness Statements_____ Other

**FINDINGS:** __✓__ Guilty _____Not Guilty   Reason for Findings: _____

_____

**PUNISHMENT:** __III days loss of privileges / custody review__

Reason (s) __✓__ Seriousness of offense __X__ The need to protect the institution, employees or others __X__ Poor conduct record

Other __none__

A total of __7__ Rule Violations in _____ . A total of __5__ Rule Violations for Rule #_____ .

Signature: __Sgt D Chapman__   Date: __10/-1/2017__
Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _____ Date: _____

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Custody Reduction _____ to _____ Date _____ Signature _____
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned
Time effective _____ Signature _____

Loss of Earned Time _____ Approved _____ Disapproved   _____
Commissioner of Corrections or Designee

**Original with All Attachments - Records**    **1st Copy - Offender**    **2nd Copy - Working File**    **3rd Copy - Reporting Employee**
Revised FEB 2014

Exhibit B-1

(MSP) _____ (CWC) _____
(CMCP) _____ (SMCI) _____
(OTHER) EMCF

## MISSISSIPPI DEPARTMENT OF CORRECTIONS

## RULE VIOLATION REPORT

Nº 01810610

(Unit Admin. Initial) RK    B Top    5    205 lower
                    Zone / Tier    Unit    Cell / Bed #

Offender Calvin Earl Reed    MDOC# N8609    Violated Rule # C8    . Entitled
Assault Causing serious injury    Date 10/23/17 Approx. Time 1532 Hrs.

By the specific act of Inmate assaulted another inmate causing serious injury.

Weapon involved _____ Yes __✓__ No    EXACT location of incident HUToc Cell # 113

### CIRCUMSTANCES AND DETAILS

An investigation concluded that on October 12, 2017 at approximately
2427 offender Calvin Earl Reed # N8609 assaulted offender Adam Christian
Warren # 171252 in HUToc cell # 113 causing serious injury.

Reporting Employee's Signature J. Lynch    Title UO    PIN# N/A    Date 10/23/17 Time 1539

Evidence __✓__ Yes_____ No- Located Investigation. Placed in Segregation - PDA_____ No __✓__ Yes- Location HU5B Cell # 205

I request witness(es) _____Yes _____No

Witness(es) (1) _____ (2) _____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

I waive the right to a Hearing _____ Yes __✓__ No

ACCUSED Chad's Reed _____ DELIVERING EMPLOYEE Lt. M. _____ DATE 10-24-17 TIME 1304

1. Investigation began within 24 hrs of violation? ___Yes ___No.    2. Date/Time investigation completed___/___/___ ___:___ AM PM.
3. If not completed without reasonable delay, explain:_____ .
4. Name of Investigator _____
5. Working days between date of violation and hearing _____ .
6. If more than seven (7) working days, explain: _____ .

Is accused offender in Trusty Status _____ Yes_____ No    Does accused offender receive Earned Time_____Yes_____No
Name of Persons at Hearing - Accused _____ Hearing Officer _____
Other _____

Accused's response _____Admit _____Admit w/ modifications _____Deny    Accused's Statement

Documents read and discussed_____RVR_____Investigation_____Witness Statements_____Other _____

FINDINGS: _____Guilty _____Not Guilty    Reason for Findings: _____

PUNISHMENT: _____

Reason (s) _____ Seriousness of offense _____The need to protect the institution, employees or others _____ Poor conduct/record
Other _____

A total of _____Rule Violations in _____. A total of _____ Rule Violations for Rule #_____.

Signature: _____    Date: _____
    Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _____    Date: _____

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____    Date: _____

Custody Reduction _____ to _____ Date _____Signature_____
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned
Time effective _____ Signature _____

Loss of Earned Time _____Approved _____Disapproved    _____
                                                        Commissioner of Corrections or Designee

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting Employee
Revised FEB 2014

ARP-2

Exhibit
B-2

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

## EMCF 17-1684
# First Step Response Form
### For RVRs

Type or use ball point pen.  You must return your response to the Legal Claims Adjudicator within 30 days of the date the request was initiated.

Offenders' Name and #: **Cavin Reed #N8609**
                Unit:  **EMCF**

1ˢᵗ Step Respondent   **Warden F. Shaw**
                Title:  **Facility Warden**

---

Your request for Administrative Remedy concerning your appeal of RVR #01810610 and was received in our office on November 06, 2017 and has been investigated by the Administrative Remedy Program.

I find no reason to overturn the decision of the disciplinary hearing officer.

_____        _____
Signature                                          Date   11-9-17

The above named inmate has fulfilled the requirements of the Administrative Remedy Program for an RVR appeal and is eligible to seek judicial review within 30 days of receipt of this First Step Response.   Proof of Exhaustion of Administrative Remedy procedure

_____        _____
Inmate's Signature        DOC #                              Date

✗ ✗ ✗ This Is A Request For Administrative Remedy Procedure ✗ ✗ ✗

Sensitive Issue Complaint



Cavin Earl Reed #N8609
        VERSUS
Emcf/mtc Disciplinary Board's-
Decision

Cause NO                    Petitioner

                            Respondent

Date Of Incident : 10·12·2017
Time Of Incident : 2427 hrs
Place Of Incident : Emcf/mtc
Alleged Complaint : Appeal
Date Of Filing : Nov. 11. 2017

Complaint : This is an appeal to "RUR' No: 0810610 Entitled C-8 Violation according to mdoc and handbook. Which Specificly States : Assault Causing Serious Injury: And by Specific act of Causing Serious Injury to another prisoner. See Attached Exibits... And for the below listed reason(s)

A. The "RUR" was delivered but not to me, "the accused" but to another inmate. See accused signature! Thus resulting in administrative Error!

B. Reporting employee never testified to this nor given any statement as of actual assault. Thus having nothing for the record. Thus violating my U.S. Const. 6th Amend to face accused in open Court. I was denied this right. resulting in Admin. Error!

C. The time of incident doesn't Coincide With RUR doesn't Coincide with time of event of detention notice! See attached RUR and detention notice! Thus Creating Conflicting opinions as of When incident actually transpired. Resulting in Admin. Error!

D. The investigation wasn't done properly according to law and policy, because Stating reason for finding "guilty" is camera footage! alone isn't enough to prove anyone harmed anyone but is merely speculative intent! Hearsey judgement is inadmissible in Court. "Especially When there is no assault on Camera period. Thus the judgement rendered is against the Over-whelming Weight of the evidence! nothing in evidence shows any assault on anyone by anyone. "Logic doesn't Win Cases-Facts does!" There is no facts to Support either the Conclusion of investigative report nor findings of disciplinary decision. In order to Convict anyone of a Crime there has to be Elements Met and facts proved hare here.

Emphasis Added : I have Constitutional Rights that protect me against Kangaroo Courts and false investigations and decisions by disciplinary. I have also due process protections and the right to a fair trial trial without bias or prejudice. Yet here i am being kangarooed by Emcf Investigative Committee and disciplinary board Who's together only "logistically" Convicted me petitioner of Crime of Violence without any evidence whatsoever!

And for the Record Adam Christian Warren is my "Nephew"

Relief Sought
that Charges be dismissed and immediately esponged from my record.

Respectfully, this 2 day of Nov. 2017
/s/ Cavin Earl Reed #N8609

(MSB)
(CMCF)
(OTHER)

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**

## RULE VIOLATION REPORT

No 01810610

| (Unit/Admin/Initial) | Zone / Tier | Unit | Cell / Bed # |
|---|---|---|---|
| | JB  IUp | 5 | 205  Iuack |

Offender Calvin Carl Reed   MDOC# N8_ _ _   Violated Rule #  C8   Entitled

Assault Causing serious injury   Date 10/2  17  Approx. Time 15:22 Hrs.

By the specific act of Inmate Assault on another inmate Causing serious injury

Weapon involved ____ Yes ✓ No   EXACT location of incident HWUC Cell# 113

### CIRCUMSTANCES AND DETAILS

An investigation concluded that on October 12, 2017 at approximately 2427 offender Calvin Carl Reed # N86___ assaulted offender Adam Christian Warren # 171752 in HWUC cell # 113 Causing serious injury.

Reporting Employee's Signature _____   Title  CU   PIN# N/A   Date 10/17/17   Time 1539

Evidence ✓ Yes   No  Located Investigation  Placed in Segregation - PDA ____ No ✓ Yes: Location HWUC C 118-205

I request witness(es) ____ Yes ____ No

Witness(es) (1) _____   (2) _____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

I waive the right to a Hearing ____ Yes ✓ No

ACCUSED Calvin Reed   DELIVERING EMPLOYEE H medine   DATE 10-24-17   TIME 1309

1. Investigation began within 24 hrs of violation?   Yes ✓ No.   2. Date/Time investigation completed 10/30/17 10:05 CU
3. If not completed without reasonable delay explain: Caseload
4. Name of Investigator: TWOn
5. Working days between date of violation and hearing N/A
6. If more than seven (7) working days explain: N/A

Is accused offender in Trusty Status ____ Yes ____ No   Does accused offender receive Earned Time Yes ✓ No
Name of Persons at Hearing: Accused Calvin Reed   Hearing Officer Sgt. D Chapman
Other N/A

Accused's response ____ Admit ____ Admit w/ modifications ✓ Deny   Accused's Statement
I would never harm my nephew or anyone

Documents read and discussed ✓ RVR ✓ Investigation ✓ Witness Statements ____ Other

FINDINGS: ✓ Guilty ____ Not Guilty   Reason for Findings:

Camera footage

PUNISHMENT: 20 days admin seg custody Review Refer to D.A.

Reason (s) ____ Seriousness of offense ✓   The need to protect the institution, employees or others ✓   Poor conduct record
Other ____ none

A total of ____ Rule Violations in ____ A total of 0 Rule Violations for Rule # C8

Signature: Sgt. D Chapman   Date: 10/31/2017
Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: Cal Reed   N8607   Date: 10.3.17

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____ Date: _____

Custody Reduction ____ to ____ Date ____ Signature _____
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned Time effective ____ Signature _____

Loss of Earned Time ____ Approved ____ Disapproved _____

Commissioner of Corrections or Designee _____

Original with All Attachments – Records.   1st Copy – Offender.   2nd Copy – Working File   3rd Copy – Reporting Employee

# Certificate Of Services

This is to certify that i, the undersigned, have this day and date mailed, via United States Mail, Postage Pre-Paid, a true and correct copy of the foregoing and attached instruments to the following:

USDC Clerk, Southern District of MS.
501 E. Court Street
Room 2.500
Jackson, MS. 39201

ACLU
125 Broad Street
18th Floor, New York, NY 10004

ACA
206 N. Washington Street
Suit 200
Alexandria, VA 22314

East Mississippi Correctional Facility (defendants)
10641 Hwy 80 West
Meridian, MS.
                39307

Respectfully, this 7th day of Dec. 2017,
Isl Cavin Earl Reed N8609
   Cavin Earl Reed

Cavin Earl Reed N8609
EmcF
10641 Hwy 80 West
Meridian, MS. 39307

Warden. Frank Shaw
EmcF
10641 Hwy 80 West
Meridian, MS. 39307

C/o.S.L.Much
EmcF
10641 Hwy 80 West
Meridian, MS. 39307

Disciplinary Inv. s. Wash
EmcF
10641 Hwy 80 west
Meridian, MS. 39307

Case Manager S. Patrick
EmcF
10641 Hwy 80 West
Meridian, MS. 39307

Disciplinary Officer D. Chapman
EmcF
10641 Hwy 80 West
Meridian, MS. 39307